**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Ricky Breeze MOOREFIELD,
Petitioner.**

Supreme Court of Pennsylvania.

April 26, 2004.

### ORDER

PER CURIAM.

AND NOW, this 26th day of April, the Petitioner having sufficiently established that he timely filed his docketing statement, the Petition for Allowance of Appeal is granted, the order of the Superior Court is vacated, and the matter is remanded to the Superior Court for disposition on the merits. *See Commonwealth v. Jones,* 549 Pa. 58, 700 A.2d 423 (1997).